

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SETH AARON PENDLEY (01) | No.<br><br>4-21CR-139-O |

### INFORMATION

The United States Attorney Charges:

#### Count One
Malicious Attempt to Destroy with an Explosive a Building Used in Interstate Commerce
(Violation of 18 U.S.C. § 844(i))

Between in or around January 2021, and continuing until April 8, 2021, in the Northern District of Texas, the defendant, **Seth Aaron Pendley**, maliciously attempted to damage and destroy, by means of fire and explosive materials, an Amazon Web Services data center on Smith Switch Road in Ashburn, Virginia, used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, in violation of 18 U.S.C. § 844(i).

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Information – Page 1**